■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM D. BARBER, Appellant. [621 NYS2d 1002] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Violation of Probation.) Present—Denman, P. J., Balio, Lawton, Callahan and Doerr, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CRENSHAW, Also Known as KENNETH ALEXANDER, Also Known as "C", Appellant. [621 NYS2d 1002] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Elliott, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present— Denman, P. J., Balio, Lawton, Callahan and Doerr, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE UNDERWOOD, Appellant. [621 NYS2d 1002] —Judgment unanimously affirmed. Memorandum: The record establishes that defendant made a voluntary, knowing and intelligent waiver of his right to appeal *(see, People v Moissett,* 76 NY2d 909; *People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). That waiver encompassed the contention of defendant regarding the purported excessiveness of his sentence *(see, People v Allen,* 82 NY2d 761, 763; *People v Griggs,* 199 AD2d 1073, *lv denied* 83 NY2d 853; *People v Callens,* 199 AD2d 992, *lv denied* 83 NY2d 869). (Appeal from Judgment of Erie County Court, LaMendola, J.—Manslaughter, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Callahan and Doerr, JJ.